UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHERINE ST. GERMAINE,<br><br>      Plaintiff,<br><br>  v.<br><br>CYNTHIA IRENE SHOWALTER; CYNTIA IRENE SHOWALTER as SUCCESSOR TRUSTEE OF THE JOHN N. OWENS REVOCABLE TRUST; PRIME COUNTRY REAL ESTATE INC. dba UNITED COUNTRY-PRIME COUNTRY REAL ESTATE; RICHARD WAYNE CLOUTMAN aka RICK CLOUTMAN; and Does 1-10, inclusive;<br><br>      Defendants. | No. 2:15-cv-01356-GEB-AC<br><br>**ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE** |

        Plaintiff states in the Status Report filed October 9, 2015, that "[t]he Showalter Defendants were served via personal service on October 9, 2015." (Pl.'s Status Report 2:13, ECF No. 5.) Further, although Plaintiff indicates Defendants Prime Country Real Estate Inc. and Richard Wayne Cloutman were served on September 8, 2015, they have not yet appeared, and Plaintiff does not indicate in the Status Report how she intends to prosecute the action against them. (Id. at 2:6-7.)

        Therefore, the Status (Pretrial Scheduling) Conference scheduled for hearing on October 26, 2015, is continued to November 23, 2015, at 9:00 a.m. A joint status report shall be

1

filed no later than fourteen (14) days prior to the Status Conference, in which Plaintiff shall address her efforts to prosecute this case as to Defendants Prime Country Real Estate Inc. and Richard Wayne Cloutman. Plaintiff is notified that Defendants Prime Country Real Estate Inc. and Richard Wayne Cloutman may be dismissed with prejudice under Federal Rule of Civil Procedure 41(b) if Plaintiff fails to prosecute her claim or claims against either or both defendants.

IT IS SO ORDERED.

Dated: October 20, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2